## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:04CR308(AVC) |
| | : | |
| LEE BASKERVILLE | : | |
| | : | |

### RULING ON THE DEFENDANT'S MOTION FOR DISCLOSURE(doc. no.54)

The defendant, Lee Baskerville, has filed the within motion (document no.54) pursuant to, inter alia, Fed. R. Evid. 404(b) arguing that the court should compel the government to disclose: (1) "[a]ny evidence the Government intends to introduce against the accused regarding prior or subsequent criminal conduct, charged or uncharged, and any other such 'bad act' evidence not charged in the indictment and not alleged as part of any conspiracy charged in the indictment", and (2) "[a]ny evidence the Government intends to introduce against the accused pursuant to Rule 404(b) of the Federal Rules of Evidence." The government represents that it is unaware of what, if any, 404(b) evidence it intends to introduce at trial and that it is aware of its duty pursuant to Fed. R. Evid. 404(b) to provide "reasonable notice in advance of trial" of its intention to introduce such evidence. Accordingly, the motion is DENIED without prejudice.

It is so ordered this ____ day of July, 2005 at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge